UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Raisa Medina

Plaintiff[s],

v.

ABF Freight System, Inc. et al.

Defendant[s].

---------------------------------------------------------------X

25 -CV- 9393 (DEH)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: ______________________
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ____________
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: ______________
- [ ] Habeas Corpus
- [ ] Social Security
- [x] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: ____________

SO ORDERED.

Dated: November 13, 2025
New York, New York

DALE E. HO
United States District Judge