UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medina,

Plaintiff,

v.

ABF Freight System, Inc., et al.,

Defendants.

25 Civ. 9393 (DEH) (RWL)

**MEMORANDUM OPINION AND ORDER**

DALE E. HO, United States District Judge:

Before the Court is a Report and Recommendation ("R. & R." or the "Report"), ECF No. 33, from Magistrate Judge Lehrburger, recommending that the motion to dismiss brought by Defendants ABF Freight System, Inc. and ArcBest Corporation, ECF No. 21, be granted. The deadline to file objections to the Report was September 1, 2026. As of the date of this Order, Plaintiff has not filed any objections.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). For dispositive matters, a district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party. Fed. R. Civ. P. 72(b)(3). For those portions to which no proper objection is made, a district court need only satisfy itself that there is no "clear error on the face of the record." *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 n.4 (2d Cir. 2022). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL**. As set forth in the Report, the First Amended Complaint should be dismissed with leave to amend, except that Medina's disability and retaliation claims should be dismissed with prejudice.

Accordingly, the Clerk of Court is respectfully requested to terminate ECF No. 21. Magistrate Judge Lehrburger will issue an Order regarding next steps in this litigation.

SO ORDERED.

Dated: September 3, 2026

New York, New York

DALE E. HO
United States District Judge