UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RAISA MEDINA,<br><br>Plaintiff,<br><br>- against -<br><br>ABF FREIGHT SYSTEM, INC., et al.,<br><br>Defendants. | : | 25-CV-9393 (DEH) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court's report and recommendation granting Defendants' motion to dismiss has been adopted in full. (Dkts. 33, 34.) Accordingly, if Plaintiff intends to file a Second Amended Complaint, she shall do so by **October 2, 2026**. Any such pleading must comply with the report and recommendation and the opinion adopting the report and recommendation. Accordingly, any second amended complaint must plead at the least (i) factual allegations specific to each Defendant; (ii) factual allegations sufficient to establish personal jurisdiction over each Defendant; and (iii) factual allegations sufficient to sustain her claims of relief. The second amended complaint shall not include claims for retaliation or disability discrimination/accommodation, which have been dismissed with prejudice. If Plaintiff does not file a second amended complaint by October 2, 2026, the case will be dismissed.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2026

New York, New York

Copies transmitted this date to all counsel of record.